**Lakhwinder SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–71490.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 30, 2009.

Vinay R. Chari, Esq., Law Offices of Virender Kumar Goswami, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, Office of the U.S. Attorney, San Francisco, CA, William C. Minick, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Lakhwinder Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's decision ("IJ") denying his application for protec-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Singh v. Gonzales*, 439 F.3d 1100, 1113 (9th Cir.2006), and we deny the petition for review.

Substantial evidence supports the IJ's finding that even if Singh's testimony was credible, he failed to establish that it is more likely than not he will be tortured if returned to India. *See id.*

**PETITION FOR REVIEW DENIED.**